**UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order of Court

**In re:** Lassman v. Whitman                                              **Case#:** 06-01250      **Ch:**

MOVANT/APPLICANT/PARTIES:

#11 Motion to Dismiss the Complaint in the Adversary Proceeding Pursuant to Federal Rule of Civil Procedure 12 (c)
#12 Memorandum in Support
#13 Plaintiff's Opposition to Motion to Dismiss
#18 Reply to Opposition
#21 Supplemental Surreply by Plaintiff, Donald Lassman.
J. Cymrot, T. Greene

**OUTCOME:**

☐ -By Agreement of the Parties

_____Granted_____Approved_____Sustained
__11__Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference.
_____Taken under advisement:   Brief(s) due_____From_____
                                Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

_____
_____
_____
_____
_____
_____
_____
_____

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         *[signature: William C. Hillman]*
_____                  _____  Dated: 08/18/2006
Courtroom Deputy                         William C. Hillman, U.S. Bankruptcy Judge