UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 01-19312-WCH |
| ARTHUR A. WHITMAN | ) | |
| Debtor | ) | |
| | ) | |
| DONALD R. LASSMAN | ) | Adversary Proceeding |
| Plaintiff | ) | Case No. 06-01250 |
| v. | ) | |
| | ) | |
| PATRICIA L. WHITMAN | ) | |
| Defendant | ) | |

[The Transcript of the Hearing on August 18, 2006 on Motion to Dismiss Adversary Proceeding has been requested and will be supplemented to the Record on Appeal upon receipt]