# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Lassman v. Whitman et al        **Case Number:** 06-01250        **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#90  Motion filed by Plaintiff Donald R. Lassman For Summary Judgment    (J. Liston)
#91 Brief/Memorandum in Suppport of Motion for Summary Judgment.    (J. Liston)
#103 Opposition of Patricia Whitman to Motion for Summary Judgment   (A. McGuinness)

**OUTCOME:**

☐ -By Agreement of the Parties

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
 90 _Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

#90 Granted as to counts I, II, and III, denied as to count IV.  This decision does not determine the amount of money to be distributed on sale, if parties cannot agree they may apply for a further order of the court.  Issue of validity of exemption not determined.  Oral motion for stay pending appeal is denied.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ William C. Hillman

_____                   _____  Dated: 8/24/2007
Courtroom Deputy                         William C. Hillman, U.S. Bankruptcy Judge